NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JOHN PAUL JONES, III,**

*Petitioner*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**

*Respondent*

2023-1424

Petition for review of the Merit Systems Protection Board in Nos. DE-3330-16-0151-X-1 and DE-4324-16-0239-X-1.

**ON MOTION**

**O R D E R**

Upon consideration of John Paul Jones, III's motion to withdraw his petition for review and in light of respondent's agreement that each side should bear its own costs upon the withdrawal, *see* Fed. R. App. P. 42(b),

2                                                        JONES v. HHS

IT IS ORDERED THAT:

(1)  The motion is granted.  The petition is withdrawn.

(2)  Each side shall bear its own costs.

FOR THE COURT

October 12, 2023                       Jarrett B. Perlow
      Date                              Clerk of Court

ISSUED AS A MANDATE:  October 12, 2023